UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Rood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11148-DRH |
| *Kimberly Loveday v. Bayer Corporation, et al.* | No. 10-cv-12003-DRH |
| *Jaraysha Douglas v. Bayer Corporation, et al.* | No. 12-cv-11019-DRH |
| *Yu Mi Ensign, et al. v. Bayer Corporation, et al.* | No. 11-cv-10804-DRH |
| *Paige Taylor, et al. v. Bayer Corporation, et al.* | No. 12-cv-11020-DRH |
| *Shelley Lopresti v. Bayer Corporation, et al.* | No. 11-cv-12050-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 27, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.29 08:56:07 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT